1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MI YOUNG KIM | CASE NO. 8:21-cv-00447-JLS-JDE |
|---|---|
| V. | **ORDER GRANTING JOINT MOTION TO DISMISS DISCOVER BANK WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |
| DISCOVER BANK | |

1

1 | The Court, having reviewed the parties' Joint Motion to Dismiss, hereby orders this
2 | action dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

4 | DATED: June 22, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE